UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES BRAGG and CYNTHIA BRAGG,

    Plaintiffs,

v.        Case No. 8:08-cv-771-T-24TGW

MID-CONTINENT CASUALTY COMPANY,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on a Joint Stipulation for Voluntary Dismissal with Prejudice (Doc. No. 8). The parties stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorney's fees. Therefore, Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** at Tampa, Florida, this 27th day of May, 2008.

*[signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record